UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Disclosures must be filed on behalf of <u>all</u> parties to a civil, agency, bankruptcy or mandamus case, except that a disclosure statement is **not** required from the United States, from an indigent party, or from a state or local government in a pro se case. In mandamus cases arising from a civil or bankruptcy action, all parties to the action in the district court are considered parties to the mandamus case.

Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements.

If counsel is not a registered ECF filer and does not intend to file documents other than the required disclosure statement, counsel may file the disclosure statement in paper rather than electronic form. Counsel has a continuing duty to update this information.

No. __15-2028__     Caption: __Law Offices of John J. Juliano v. John W. Jensen__

Pursuant to FRAP 26.1 and Local Rule 26.1,

__LAW OFFICES OF JOHN J. JULIANO, P.C.__
(name of party/amicus)

who is ____Appellant____, makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)

1. Is party/amicus a publicly held corporation or other publicly held entity? ☐ YES ☑ NO

2. Does party/amicus have any parent corporations? ☐ YES ☑ NO
   If yes, identify all parent corporations, including all generations of parent corporations:
   N/A

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity? ☐ YES ☑ NO
   If yes, identify all such owners:
   N/A

08/05/2015 SCC                                   - 1 -

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))? ☐ YES ☑ NO
If yes, identify entity and nature of interest:

N/A

5. Is party a trade association? (amici curiae do not complete this question) ☐ YES ☑ NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

N/A

6. Does this case arise out of a bankruptcy proceeding? ☐ YES ☑ NO
If yes, identify any trustee and the members of any creditors' committee:

N/A

Signature: s/ Steven B. Epstein                   Date: 9/16/2015

Counsel for: Law Offices of John J. Juliano, P.C.

## CERTIFICATE OF SERVICE
**************************

I certify that on  9/16/2015  the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

See Attached.

s/ Steven B. Epstein                                9/16/2015
(signature)                                           (date)

- 2 -

**Return to Service List Page**

**Service List for Case:** 15-2028 Law Offices of John J. Juliano v. John W. Jensen

**Current Associated Cases:** none

| Contact Info | Case Number/s | Service Preference | ECF Filing Status |
|---|---|---|---|
| Matthew David Ballew<br>ZAYTOUN LAW FIRM, PLLC<br>Suite 100<br>3130 Fairhill Drive<br>Raleigh, NC 27612<br>Email: mballew@zaytounlaw.com | 15-2028 | US Mail | |
| Jonathan Arthur Berkelhammer<br>ELLIS & WINTERS, LLP<br>Suite 800<br>300 North Greene Street<br>Greensboro, NC 27401-0000<br>Email: jon.berkelhammer@elliswinters.com | 15-2028 | Email | Active |
| Steven B. Epstein<br>POYNER SPRUILL LLP<br>Suite 1900<br>P. O. Box 1801<br>Raleigh, NC 27602-1801<br>Email: sepstein@poynerspruill.com | 15-2028 | Email | Active |
| Kevin T. Grennan<br>LAW OFFICES OF KEVIN T. GRENNAN, PLLC<br>Suite 302<br>1000 Franklin Avenue<br>Garden City, NY 11530<br>Email: kevin@grennanlaw.com | 15-2028 | US Mail | |
| Robert Ellis Zaytoun<br>ZAYTOUN LAW FIRM, PLLC<br>Suite 100<br>3130 Fairhill Drive<br>Raleigh, NC 27612<br>Email: rzaytoun@zaytounlaw.com | 15-2028 | Email | Active |